IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK J. GREDE, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) ) | |
| Plaintiff, | ) ) | Honorable Rebecca R. Pallmeyer |
| v. | ) ) | Case No. 09-cv-00120 |
| FARR FINANCIAL, INC., | ) ) | |
| Defendant. | ) | |

**FARR FINANCIAL, INC.'S MOTION FOR ENTRY OF JUDGMENT ON COUNTS I THROUGH V OF THE TRUSTEE'S SECOND AMENDED COMPLAINT**

Defendant, Farr Financial, Inc. ("Farr"), respectfully submits this Motion for Entry of Judgment on Counts I through V of the Trustee's Second Amended Complaint. Specifically, Farr seeks an Order from the Court: (1) entering judgment in Farr's favor and against the Trustee on Counts I through V of the Trustee's Second Amended Complaint; (2) directing the Trustee to pay Farr its pro rata share of the SEG 1 Reserve, the Section 7.20(b) Disputed Claims Reserve, and the SEG 3/4 Reserve within seven days of this Court's entry of judgment on Count III; and (3) granting all other just relief.

A Memorandum of Law has been submitted herewith.

Accordingly, in view of the arguments in the accompanying memorandum, Farr respectfully requests that the Court GRANT its Motion for Entry of Judgment on Counts I through V of the Trustee's Second Amended Complaint.

Dated: October 16, 2017                    Respectfully submitted,

                                                            FARR FINANCIAL, INC.

                                                            By: /s/ Henry K. Becker
                                                                 Its Attorney


Henry K. Becker, atty at law
227 South Blvd.
Oak Park, IL  60302
312-278-3004
hb@hkb-law.com
No. 6187414

**CERTIFICATE OF SERVICE**

       I, Henry K. Becker, hereby certify that on October 16, 2017, I electronically filed the foregoing FARR FINANCIAL, INC.'S MOTION FOR ENTRY OF JUDGMENT ON COUNTS I, II, IV and V with the Clerk of the Court using the CM/ECF system, which caused the same to be served on all counsel of record via ECF filing.

                          By: /s/ Henry K. Becker